Wilcox; Douglas M. Kubehl, Samara Kline, Baker Botts LLP, Dallas, TX.

NEWMAN, LOURIE, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**BENECKE–KALIKO AG, Appellant**

v.

**The HAARTZ CORPORATION, Appellee.**

No. 2015–1110.

United States Court of Appeals, Federal Circuit.

June 15, 2015.

Mark D. Klinko, Fay Sharpe, LLP, Cleveland, OH, argued for appellant. Also represented by Jude A. Fry.

Steven Jay Grossman, Grossman Tucker Perreault & Pfleger, PLLC, Manchester, NH, argued for appellee. Also represented by Beth A. Filip.

NEWMAN, LOURIE, and CHEN, Circuit Judges.

**Sherril K. STILLWELL, Petitioner–Appellant**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 2015–5005.

United States Court of Appeals, Federal Circuit.

June 15, 2015.

Sol P. Ajalat, Ajalat & Ajalat, LLP, North Hollywood, CA, argued for petitioner-appellant.

Alexis B. Babcock, Vaccine/Torts Branch, Civil Division, United States De-